# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 6.2.2 (Chicago)
### CRIMINAL DOCKET FOR CASE #: 1:18-cr-00749 All Defendants
### Internal Use Only

| | |
|---|---|
| Case title: USA v. Giffen | Date Filed: 11/02/2018 |
| Other court case number: 6:18-mj-236 USDC for the District of Oregon | Date Terminated: 11/05/2018 |

Assigned to: Honorable Jeffrey Cole

**Defendant (1)**

| | | |
|---|---|---|
| **Todd Michael Giffen**<br>TERMINATED: 11/05/2018 | represented by | **Kimberly-Claire Elizabeth Seymour**<br>Federal Defender Program, Inc.<br>55 E. Monroe Street<br>Suite 2800<br>Chicago, IL 60603<br>(312) 621-8344<br>Email: Kimberly_Seymour@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:875C.F Interstate Communications-Threats and 18:2261A | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **G. David Rojas**<br>U.S. Attorney's Office, Northern District of Illinois |

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ MELISSA ASTELL
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
November 6, 2018

219 S. Dearborn St., 5th Floor
Chicago, IL 60604
312-886-5966
Email: david.rojas@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**AUSA - Chicago**
United States Attorney's Office (NDIL - Chicago)
219 South Dearborn Street
Chicago, IL 60604
Email: USAILN.ECFAUSA@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Pretrial Services**
.
(312) 435-5793
Email: ilnptdb_Court_Action_Notice@ilnpt.uscourts.gov
*ATTORNEY TO BE NOTICED*
*Designation: Pretrial Services*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/02/2018 | 1 | RULE 5(c)(3) Affidavit in Removal Proceedings signed by Judge Honorable Jeffrey Cole as to Todd Michael Giffen (1). (mma, ) (Entered: 11/05/2018) |
| 11/02/2018 | | ARREST of defendant Todd Michael Giffen. (mma, ) (Entered: 11/06/2018) |
| 11/02/2018 | 2 | ORDER as to Todd Michael Giffen: Removal proceedings held pursuant to the defendant's arrest on November 2, 2018. Defendant informed of his rights. Enter order appointing Kimberly Seymour of the Federal Defenders Office as counsel for defendant for appearance and bond only. At the proceedings on November 2, 2018, Mr. Giffen launched into an angry and quite irrational soliloquy about what government agents were doing to him through the use of rays which were directed to his brain and other parts of his body. After attempting to assure him that he would be well taken care of at the MCC and whatever he thought may have been done to him elsewhere, the officers at the MCC would not seek to harm him and would in fact seek to assist him. There was, of course, no discussion about the charged crime. Bond hearing scheduled for November 5, 2018 at 11:30a.m. Signed by the Honorable Jeffrey Cole on 11/2/2018. Mailed notice. (mma, ) (Entered: 11/06/2018) |
| 11/02/2018 | 3 | ORDER Appointing Counsel: Signed by the Honorable Jeffrey Cole on 11/2/2018. Mailed notice. (mma, ) (Entered: 11/06/2018) |
| 11/02/2018 | 4 | ATTORNEY Appearance for defendant Todd Michael Giffen by Kimberly-Claire Elizabeth Seymour. (Linked document is missing the case number). (mma, ) (Entered: 11/06/2018) |
| 11/05/2018 | 5 | ORDER as to Todd Michael Giffen: Bond hearing held. AUSA David Rojas argued that the defendant should be detained for removal to the District of Oregon, where the ultimate question of bond would be decided. Ms. Seymour argued that the defendant should be allowed to return to Oregon voluntarily and at his own cost. In other words, she argued for bond. For the reasons set forth in the government's argument, and in light of |

| | | |
|---|---|---|
| | | the very disturbing information contained in the Pre-Trial Services Report, I denied bond and ordered the defendant to be returned in custody to the charging district. I agree with the government that no condition or set of conditions will assure the defendant's appearance at trial in Oregon and no condition or set of conditions will reasonably assure the safety of the defendant or the community. This Order resulted in a tirade by the defendant that included threats against me personally. The defendant, in addition, to calling me a "faggot fucker," threatened to kill me. He also threatened to sue me. He was anything but calm and restrained and appeared quite menacing and deranged. Of course, the question of bond will be fully litigated upon Mr. Giffen's return to the District of Oregon. The Marshals are requested to return Mr. Giffen as rapidly as possible to the charging district so that any discomfiture by him will be minimized to the extent possible. Signed by the Honorable Jeffrey Cole on 11/5/2018. Mailed notice. (mma, ) (Entered: 11/06/2018) |
| 11/05/2018 | [6](#) | FINANCIAL Affidavit filed by Todd Michael Giffen (SEALED). (mma, ) (Entered: 11/06/2018) |
| 11/05/2018 | [7](#) | COMMITMENT TO ANOTHER DISTRICT as to Defendant Todd Michael Giffen committed to USDC District of Oregon. Signed by the Honorable Jeffrey Cole on 11/5/2018. Mailed notice. (mma, ) (Entered: 11/06/2018) |

Case 6:18-mj-00236-MK   Document 5   Filed 11/06/18   Page 4 of 7
Case: 1:18-cr-00749 Document #: 2 Filed: 11/02/18 Page 1 of 1 PageID #:9

MA

# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff | ) ) ) ) | Case No: 18 CR 749 |
| v | ) ) | Magistrate Judge Jeffrey Cole |
| TODD MICHAEL GIFFEN<br>Defendant | ) ) ) ) | |

Removal proceedings held pursuant to the defendant's arrest on November 2, 2018. Defendant informed of his rights. Enter order appointing Kimberly Seymour of the Federal Defenders Office as counsel for defendant for appearance and bond only. At the proceedings on November 2, 2018, Mr. Giffen launched into an angry and quite irrational soliloquy about what government agents were doing to him through the use of rays which were directed to his brain and other parts of his body. After attempting to assure him that he would be well taken care of at the MCC and whatever he thought may have been done to him elsewhere, the officers at the MCC would not seek to harm him and would in fact seek to assist him. There was, of course, no discussion about the charged crime. Bond hearing scheduled for November 5, 2018 at 11:30a.m.

Date: November 2, 2018

_____
Jeffrey Cole
U.S. Magistrate Judge

(T:0:15)

# United States District Court

FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA )
)
vs. ) NO. 18 CR 749
Todd Giffen )
)
)
)

ORDER APPOINTING COUNSEL

The above-named defendant has testified under oath or has filed with the court an Affidavit of Financial Status and thereby satisfied this court that he or she is financially unable to employ counsel.

Accordingly, the **FEDERAL DEFENDER PROGRAM** is hereby appointed to represent this defendant in the above designated case unless relieved by an order of this court or by order of the court of appeals.

DATE: 11/2/2018

ENTER:

_____
Signature of U.S. District Court Judge,
Magistrate Judge (or Clerk or Deputy
Clerk by order of the Court)

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff | )<br>)<br>)<br>) | Case No:   18 CR 749 |
| v | )<br>) | Magistrate Judge Jeffrey Cole |
| TODD MICHAEL GIFFEN<br>Defendant | )<br>)<br>)<br>)<br>) | |

Bond hearing held. AUSA David Rojas argued that the defendant should be detained for removal to the District of Oregon, where the ultimate question of bond would be decided. Ms. Seymour argued that the defendant should be allowed to return to Oregon voluntarily and at his own cost. In other words, she argued for bond. For the reasons set forth in the government's argument, and in light of the very disturbing information contained in the Pre-Trial Services Report, I denied bond and ordered the defendant to be returned in custody to the charging district. I agree with the government that no condition or set of conditions will assure the defendant's appearance at trial in Oregon and no condition or set of conditions will reasonably assure the safety of the defendant or the community. This Order resulted in a tirade by the defendant that included threats against me personally. The defendant, in addition, to calling me a "faggot fucker," he threatened to kill me.  He also threatened to sue me. He was anything but calm and restrained and appeared quite menacing and deranged. Of course, the question of bond will be fully litigated upon Mr. Giffen's return to the District of Oregon. The Marshals are requested to return Mr. Giffen as rapidly as possible to the charging district so that any discomfiture by him will be minimized to the extent possible.

Date: November 5, 2018

_____
Jeffrey Cole
U.S. Magistrate Judge

(T:0:15)

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ MELISSA ASTELL
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
November 6, 2018

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the

Northern District of Illinois

| | |
|---|---|
| United States of America<br>v.<br><br>TODD MICHAEL GIFFEN<br>*Defendant* | )<br>)<br>) Case No.    18 CR 749<br>)<br>) Charging District's<br>) Case No.    6:18-mj-236-MK |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the   XXXXXXXXX   District of   OREGON  ,

*(if applicable)*   XXXXXXXXXXXXX   division. The defendant may need an interpreter for this language: _____ .

The defendant:   ☐  will retain an attorney.

☐  is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:   November 5, 2018

_____
*Judge's signature*

Jeffrey Cole  -  U.S. Magistrate Judge
*Printed name and title*