BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**JOSEPH H. HUYNH**
Assistant United States Attorneys
Joseph.Huynh@usdoj.gov
405 East 8th Avenue, Suite 2400
Eugene, Oregon 97401
Telephone:  (541) 465-6771
Attorneys for the United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 6:18-mj-00236-MK |
| v. | **UNITED STATES' MOTION TO SEAL GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION** |
| **TODD MICHAEL GIFFEN,** | |
| **Defendant.** | |

The United States of America, by Billy J. Williams, United States Attorney for the District of Oregon, and through Joseph H. Huynh, Assistant United States Attorney, hereby moves this Court for an order sealing the government's response to defendant's motion to dismiss/release, restraining order, new counsel, reconsideration of denial of release and order for competency evaluation for the reason that the response contains personal identification information that should not be disclosed to the public.

Dated: February 1, 2019

    Respectfully submitted,

    BILLY J. WILLIAMS
    United States Attorney

    s/ *Joseph H. Huynh*
    JOSEPH H. HUYNH
    Assistant United States Attorney