UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 6:18-mj-00236-MK |
| v. | ORDER TO SEAL GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION |
| TODD MICHAEL GIFFEN, | |
| Defendant. | |

Based upon the motion by the United States, and the Court finding good cause, IT IS HEREBY ORDERED that the government's response to defendant's motion to dismiss/release, restraining order, new counsel, reconsideration of denial of release and order for competency evaluation is SEALED until further order of the Court.

Dated: February 4, 2019

_____
MUSTAFA T. KASUBHAI
United States Magistrate Judge

Presented by:

BILLY J. WILLIAMS
United States Attorney

s/ *Joseph H. Huynh*
JOSEPH H. HUYNH
Assistant United States Attorney