Lisa J. Ludwig, OSB #953387
Attorney at Law
333 SW Taylor St., Suite 300
Portland, Oregon 97204
Tel: (503) 223-5570
Lisa@L2R2Law.com

Of Attorneys for Defendant Todd Michael Giffen

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. 6:18-MJ-236-MK |
| vs. | ) | MOTION TO WITHDRAW |
| TODD MICHAEL GIFFEN, | ) | AS COUNSEL FOR DEFENDANT |
| Defendant. | ) | |

COMES NOW attorney Lisa J. Ludwig, counsel for Defendant in the above-captioned case, and moves the Court for an order removing counsel Lisa Ludwig as attorney of record in this matter for the reasons set forth in the attached declaration.

RESPECTFULLY SUBMITTED this 30th day of April 2019.

/s/ Lisa J. Ludwig
Lisa J. Ludwig, OSB #953387
Attorney for Defendant Todd Michael Giffen

Page 1 - MOTION TO WITHDRAW