
Lisa J. Ludwig, OSB #953387
Attorney at Law
333 SW Taylor St., Suite 300
Portland, Oregon 97204
Tel: (503) 223-5570
Lisa@L2R2Law.com

Of Attorneys for Defendant Todd Michael Giffen

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) No. 6:18-MJ-236-MK |
| Plaintiff, | ) |
| | ) DECLARATION OF COUNSEL IN |
| vs. | ) SUPPORT OF MOTION TO |
| | ) WITHDRAW AS |
| TODD MICHAEL GIFFEN, | ) ATTORNEYS FOR DEFENDANT |
| | ) |
| Defendant. | ) |
| | ) |

I, Lisa J. Ludwig, declare the following to be true to the best of my knowledge:

1. On April 12, 2019, I was appointed to represent Mr. Giffen pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A;

2. Mr. Giffen is in custody awaiting a competency hearing scheduled for May 22, 2019;

3. On April 26, 2019 I received a communication from Mr. Giffen directing me to file this motion to withdraw;

4. I am filing this motion at Mr. Giffen's request because he has stated his wish to discharge me;

5. I declare that the above statements are true to the best of my knowledge and belief, and that I understand they are made for use as evidence in court and are subject to penalty for perjury.

RESPECTFULLY SUBMITTED this 30th day of April, 2019.

          */s/ Lisa J. Ludwig*
          Lisa J. Ludwig, OSB #953387
          Attorney for Defendant Todd Michael Giffen