IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA,

v.

TODD MICHAEL GIFFEN,

Defendant.

Case No. 6:18-mj-00236-MK
ORDER

MCSHANE, Judge:

Magistrate Judge Mustafa T. Kasubhai filed a Review and Recommendation (ECF No. 67), and the matter is now before this Court on Defendant's objections. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). I review *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the review is correct.

Magistrate Judge Kasubhai's Review and Recommendation (ECF No. 67) is adopted in full. Defendant is found incompetent and restorative treatment is ordered.

IT IS SO ORDERED.

DATED this 28th day of June, 2019.

                                          s/Michael J. McShane
                                            Michael McShane
                                       United States District Judge