| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | FEB 5 2021 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

v.

TODD MICHAEL GIFFEN,

    Defendant-Appellant.

No. 19-30174

D.C. No. 6:18-mj-00236-MK-1
District of Oregon,
Eugene

ORDER

This case shall be submitted on the briefs and record, without oral argument, on March 4, 2021, in Portland, Oregon. *See* Fed. R. App. P. 34(a)(2)(C).

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Allison Fung
Deputy Clerk
Ninth Circuit Rule 27-7